UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTYWONE LYNCH,
Plaintiff,
v.
K. WILEY, et al.,
Defendants.

Case No. 26-cv-05250 NC (PR)

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

CARL ROBINSON,
Plaintiff,
v.
K. WILEY, et al.,
Defendants.

Case No. 26-cv-03644 NW (PR)

Defendants filed a notice requesting to relate the instant matter to another case. Dkt. No. 12. Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Noel Wise for consideration of whether the case is related to 26-cv-03644-NW, *Robinson v. Wiley, et al.*[1]

**IT IS SO ORDERED.**

**Dated: October 26, 2026**

NATHANAEL M. COUSINS
United States Chief Magistrate Judge

[1] The matter was originally before the Honorable Magistrate Judge Alex G. Tse before it was reassigned to Judge Wise. *See* Dkt. No. 11.

United States District Court
Northern District of California