United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON COLLINS,
Plaintiff,
v.
K. WILEY, et al.,
Defendants.

Case No. 26-cv-05127-RMI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

CARL ROBINSON,
Plaintiff,
v.
K. WILEY, et al.,
Defendants.

Case No. 26-cv-03644-NW

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Noël Wise for consideration of whether the case is related to *Robinson v. Wiley, et al*., Case No. 26-cv-3644-NW.

**IT IS SO ORDERED.**

Dated: October 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge