UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHEPARD,<br>Plaintiff,<br>v.<br>K. WILEY, et al.,<br>Defendants. | Case No. 5:26-cv-05125 EJD (PR)<br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CARL ROBINSON,<br>Plaintiff,<br>v.<br>K. WILEY, et al.,<br>Defendants. | Case No. 5:26-cv-03644 NW (PR) |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Noel Wise for consideration of whether the case is related to 5:26-cv-03644-NW, *Robinson v. Wiley, et al.*[1]

**IT IS SO ORDERED.**

Dated: November 13, 2026

EDWARD J. DAVILA
United States District Judge

[1] The matter was originally before the Honorable Magistrate Judge Alex G. Tse before it was reassigned to Judge Wise. *See* ECF No. 11.

United States District Court
Northern District of California